IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAOUL ABRAMS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Civil Action No. 08-00139-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 10, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 1st day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE