IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAOUL ABRAMS,** | \* |
| **Plaintiff,** | \* |
| vs. | \*  Civil Action No. 08-00139-CG-B |
| **MICHAEL J. ASTRUE,** | \* |
| **Defendant.** | \* |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed with prejudice for failure to comply with this Court's Order and failure to prosecute.

**DONE** and **ORDERED** this the 1st day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE